# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0510
LT Case No. 2015-CF-000477-A

_____

RICHARD J. MOBLEY,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Richard J. Mobley, Bonifay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie J. Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

April 2, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____